UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-08994 JAK (JPRx) | Date | September 9, 2020 |
| Title | The Travelers Indemnity Company of Connecticut, et al. v. Pulte Group, Inc., et al | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Deputy Clerk | Not Reported |
|---|---|
| | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

Based on a review of the parties' Joint Notice of Settlement (the "Notice" (Dkt. 89)), the September 14, 2020 Status Conference is taken off calendar and an Order to Show Cause re Dismissal is set for November 16, 2020 at 11:30 a.m. Counsel may attend telephonically. To do so they shall contact the Courtroom Deputy Clerk by November 12, 2020, to request the dial in information. If a dismissal is filed by November 9, 2020, no appearances will be required at the November 16, 2020 hearing, and the Order to Show Cause will be discharged. If a dismissal is not filed by November 9, 2020, an updated joint report shall be filed by that date, stating when the parties expect to file the dismissal and the reason for the delay. Upon a review of such an updated joint report, a determination will be made as to whether to proceed with the November 16, 2020 hearing, continue it to a later date, or take other actions.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | SMO | |