1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; UNITED STATES FIDELITY AND GUARANTY INSURANCE COMPANY, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE COMPANY, a Wisconsin corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiffs, | Case No. 2:18-cv-08994-JAK-JPR<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 91)**<br><br>**JS-6** |

| | |
|---|---|
| 1 | v. |
| 2 | PULTEGROUP, INC., a Michigan corporation; CENTEX HOMES, an expired Nevada General Partnership; CENTEX REAL ESTATE CORPORATION, a dissolved Nevada corporation; and DOES 1 to 10, inclusive, |
| 7 | Defendants. |

Based on a review of the parties' Joint Stipulation to Dismiss Action with Prejudice (the "Stipulation" (Dkt. 91)), there is good cause for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED**, and this action is dismissed with prejudice. Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated: October 26, 2020

John A. Kronstadt
United States District Judge